97-38123

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

05-5092

R.C. SPRINGS APARTMENTS,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

## O R D E R

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

# United States Court of Appeals for the Federal Circuit

05-5092

R.C. SPRINGS APARTMENTS,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

ON MOTION

ORDER

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R. App. P. 42(b).[1]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 5/4/05

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

Date

Jan Horbaly
Clerk

cc: Jeff H. Eckland, Esq.
Shalom Brilliant, Esq.

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAY 4 2005
JAN HORBALY
CLERK

ISSUED AS A MANDATE: ______

[1] We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.